UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILFREDO RODRIGO RIVAS BARRERA         CASE NO. 18-61891-DIMITROULEAS

    Petitioner,

Vs.

JUAN AGUDELO, Assistant Field
Officer Director, ICE Officer in
Charge of the Broward Transitional
Center; JIM MARTIN, Field Office
Director, Miami Field Office,
et al.,

    Respondents.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE

THIS CAUSE is before the Court on the Verified Petition for Habeas Corpus [DE-1] (the "Petition"), filed herein on August 14, 2018. The Court has carefully considered the Petition and is otherwise fully advised in the premises.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. Petitioner shall serve the petition and this order on Respondents on or before August 22, 2018. Respondent must file a Response to the Petition [DE-1] on or before September 5 , 2018.

2. Petitioner has until September 12, 2018 to file a Reply Brief.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of August, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Stephanie Fidler, AUSA